# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |

| | |
|---|---|
| **LEVI ANDERSEN** | Case Number:    **CR 06-3070-1-MWB** |
| | USM Number:    **03430-029** |
| | **Robert Wichser** |
| | Defendant's Attorney |

## THE DEFENDANT:

■ admitted guilt to violation(s)    **1, 2 a-f, 3 a-p, 4, 5, and 6 a-e**    of the term of supervision.

☐ was found in violation of   _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | **Failure to Comply with Residential Reentry Center Rules** | **October 8, 2011** |
| 2 a-f, 3 a-p | **Failure to Comply with Substance Abuse Testing** | **April 25, 2012** |
| 4 | **Use of Illegal Drugs** | **November 5, 2011** |
| 5 | **Association with a Felon** | **November 5, 2011** |
| 6 a-e | **Failure to Comply with Mental Health Treatment** | **April 23, 2012** |

The defendant is sentenced as provided in pages 2 through   **3**   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant was found in violation of  _____ and is discharged as to such violation(s).

☐ The Court did not make a finding regarding violation(s)  _____

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**August 15, 2012**
Date of Imposition of Judgment

Signature of Judge

**Mark W. Bennett, U.S. District Judge**
Name and Title of Judge

8.16.12
Date

DEFENDANT:      **LEVI ANDERSEN**
CASE NUMBER:    **CR 06-3070-1-MWB**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :    **24 months.**

☐  The court makes the following recommendations to the Bureau of Prisons:

■  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  a _____    ☐  a.m.    ☐  p.m.    on _____ .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2:00 p.m.  _____ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

                               _____

                                   UNITED STATES MARSHAL

            By _____

                                 DEPUTY UNITED STATES MARSHAL

Judgment—Page ___3___ of ___3___

DEFENDANT: **LEVI ANDERSEN**
CASE NUMBER: **CR 06-3070-1-MWB**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :    **No supervised release shall be reimposed**.